UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CITY CENTER LAW GROUP, P.L.L.C., ET AL.,

               Plaintiffs,

    - against -

LITIFY, LLC,

              Defendant.

---

26-cv-2769 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by May 1, 2026.

SO ORDERED.

Dated:    New York, New York
          April 20, 2026

                          John G. Koeltl
                 United States District Judge