**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

CITY CENTER LAW GROUP, P.L.L.C., f/k/a
NOVARA TESIJA AND CATENACCI, P.L.L.C,
f/k/a NOVARATESIJA CATENA CCI
MCDONALD & BAAS, PLLC, a Michigan
professional limited liability company, PAUL
CATENACCI, an individual, and MICHAEL
NOVARA, an individual,

        Plaintiffs,

v.

LITIFY LLC, a Delaware limited liability
company,

        Defendant.

-and-

LITIFY LLC, a Delaware limited liability
company,

        Counter-Plaintiff,

v.

CITY CENTER LAW GROUP, P.L.L.C., f/k/a
NOVARA TESIJAAND CATENA CCI, P.L.L.C,
f/k/a NOVARA TESIJA CATENA CCI
MCDONALD & BAAS, PLLC, a Michigan
professional limited liability company,

        Counter-Defendant.

Case No. 1:26-CV-02769

Hon. John G. Koeltl

**ORDER PERMITTING PLAINTIFFS
TO FILE A SECOND AMENDED
COMPLAINT AGAINST
DEFENDANT LITIFY LLC**

---

**ORDER PERMITTING PLAINTIFFS TO FILE A SECOND AMENDED COMPLAINT
AGAINST DEFENDANT LITIFY LLC**

This matter having come before the Court on the stipulation of Plaintiffs City Center Law

Group, P.L.L.C., Paul Catenacci, and Michael Novara (together, "Plaintiffs") and Defendant Litify

LLC ("Defendant"), and the Court being otherwise fully advised:

1

4918-5361-3997_2

**IT IS HEREBY ORDERED** that Plaintiffs and Defendant consent to the filing of Plaintiffs' Second Amended Complaint against Litify, filed on May 8, 2026 (Document No. 75).

**IT IS FURTHER ORDERED** that the Second Amended Complaint, available at Document No. 75, is accepted for filing by this Court.

**IT IS SO ORDERED.**

Dated: 5/26, 2026

_____
Hon. John G. Koeltl
United States District Court Judge

4918-5361-3997_2