UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CITY CENTER LAW GROUP, P.L.L.C.,
ET AL.,

                         Plaintiffs,

          - against -

LITIFY LLC,

                       Defendant.

---

26-cv-2769 (JGK)

Order

**John G. Koeltl, District Judge:**

The parties are directed to submit a Rule 26(f) report by **June 24, 2026.**

**SO ORDERED.**

Dated:     New York, New York
          June 10, 2026

                                    John G. Koeltl
                        United States District Judge