**J. ADAM BEHRENDT**
JBEHRENDT@BODMANLAW.COM
248-743-6068

BODMAN PLC
SUITE 500
201 W. BIG BEAVER ROAD
TROY, MICHIGAN 48084
248-743-6002 FAX
248-743-6000



June 17, 2026

**Via CM/ECF**

Hon. John G. Koeltl
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312
Courtroom: 14A

Re:    City Center Law Group, PLLC et al. v. Litify, LLC (26-cv-2769)

Dear Judge Koeltl:

We are in receipt of the Court's Order dated June 10, 2026 (Document No. 88), directing the parties to submit a Rule 26(f) Report by June 24, 2026. The undersigned respectfully advises the Court that the parties previously submitted a Rule 26(f) Report on May 1, 2026 (Document No. 67), in compliance with the Court's April 20, 2026 Order (Document No. 62).

In light of the parties' prior submission, we respectfully request guidance from the Court as to how to proceed with respect to the June 10, 2026 Order.

Respectfully submitted,

*/s/ J. Adam Behrendt*

J. Adam Behrendt (P58607)*
Bodman PLC
201 W. Big Beaver Road, Suite 500
Troy, MI 48084
(248) 743-6000
abehrendt@bodmanlaw.com
*admitted Pro Hac Vice
*Attorneys for Plaintiffs*

No further Rule 26 (f) report is required. So ordered.

6/18/26  U.S.D.J.

4928-1724-9717_1