UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
CITY CENTER LAW GROUP, P.L.L.C., et al,
                            Plaintiff(s)

                                                                            26 civ 2769 (JGK)

            -against-

TURNBERRY SOLUTIONS, INC., et al,
                                    Defendant(s).
-------------------------------------------------------------X

**ORDER**

The conference scheduled for Tuesday, August 4, 2026, at 3:30pm, is canceled.

**SO ORDERED.**

_____
**JOHN G. KOELTL**
**UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
            July 28, 2026